# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159531(97)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LEOLA ROBERTSON, Personal
Representative of the ESTATE OF
MARTEL ROBERTSON,
       Plaintiff-Appellee,

v

    SC: 159531
    COA: 337961
    Wayne CC: 15-010455-NI

LADARIUS DEANGELO JOHNSON,
       Defendant,
and

U-HAUL CO. OF MICHIGAN, also known as
2013 U-HAUL TITLING 1, LLC,
       Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of Truck Renting and Leasing Association to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted within 21 days of the date on which plaintiff-appellee files her answer to the application for leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2019



Clerk